UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN S. HART,<br>        Petitioner,<br>v.<br>PEOPLE OF CALIFORNIA,<br>        Respondent. | Case No. 22-cv-07346-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this action with prejudice and DENIED a certificate of appealability. The Court shall enter judgment in favor of Respondent and against Petitioner, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/21/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge